# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sweet, Robert W. | U.S. District Court | 05/15/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge (Senior status) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

Federal Court House
500 Pearl St - Room 1920
New York, NY 10007

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Directors | The Constitution Works |
| 2. | Member, Board of Directors | World Figure Skating Museum |
| 3. | Member, Board of Managers | Havens Society |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | 12 Int'l Congress of Human Genetics & 61st American Society of Human Genetics Mtg | October 12 - October 14, 2011 | Montreal, Canada | Guest Speaker | Travel, meals and lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/15/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | R.H. Lafferty & Co., Inc. | Short sale of 4,000 Allied Nevada Gold Corp on 8/10/11 uncocered at end of year | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Pfizer | A | Dividend | J | T | | | | | |
| 2.  IBM | A | Dividend | K | T | | | | | |
| 3.  Walt Disney Company | A | Dividend | K | T | | | | | |
| 4.  AT&T Corp | A | Dividend | J | T | | | | | |
| 5.  Alcatel -Lucent | | None | J | T | | | | | |
| 6.  3M | B | Dividend | L | T | | | | | |
| 7.  Imation Corp | | None | J | T | | | | | |
| 8.  Proctor & Gamble Co | B | Dividend | L | T | | | | | |
| 9.  General Electric Co. | A | Dividend | J | T | | | | | |
| 10. LSI Corp | | None | J | T | | | | | |
| 11. Comcast Corp | A | None | J | T | | | | | |
| 12. Smucker J M Company | A | Dividend | J | T | | | | | |
| 13. Citadel Broadcasting (c) | | None | | | | | | | |
| 14. Amazon.com Inc. | | None | K | T | | | | | |
| 15. Capital Assets Fund (a) | A | Dividend | K | T | | | | | |
| 16. Wells Fargo Company | B | Dividend | M | T | Sold (part) | 10/27/11 | L | E | |
| 17. Amazon.com Inc | | None | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Ishares Comex Gold Trust | | None | L | T | | | | | |
| 19. Raytheon | C | Dividend | | | Sold | 10/27/11 | M | | |
| 20. Microsoft | B | Dividend | L | T | | | | | |
| 21. L3 Communications | B | Dividend | | | Sold | 10/27/11 | L | | |
| 22. USTN 1.375% TIP 7/15/18 | D | Interest | O | T | | | | | |
| 23. Fidelity Trust Co Int'l Money Market Fund (a) | A | Dividend | O | T | | | | | |
| 24. Allied Nevada Gold Corp (short sale) | | None | M | T | Sold | 8/10/11 | M | | |
| 25. RBC Prime Money Market (a) | A | Dividend | L | T | | | | | |
| 26. Knolls II Villa LP | | None | J | U | | | | | |
| 27. Estes - Sheridan LP | D | Distribution | J | U | | | | | |
| 28. NP Stratham LLC | F | Distribution | M | U | | | | | |
| 29. NP Dover LP | E | Distribution | J | U | | | | | |
| 30. NP Nashua LLC | D | Distribution | L | U | | | | | |
| 31. NP Fairhaven LLC | C | Distribution | J | U | | | | | |
| 32. NP Hanson LLC | | None | J | U | | | | | |
| 33. NP Portfolio Account LLC | G | Distribution | M | U | | | | | |
| 34. NPS2 LLC | | None | J | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Execwest LLC | | None | O | U | | | | | |
| 36. | | | | | | | | | |
| 37. Trust #1 (lines 37 - 114) (b) | F | Distribution | O | T | | | | | |
| 38. Abbott Labs | | | | | | | | | |
| 39. Accenture Ltd | | | | | Sold (part) | 3/31/11 | J | C | |
| 40. Accenture Ltd | | | | | Sold | 10/25/11 | J | C | |
| 41. Ace Limited | | | | | | | | | |
| 42. Activision Blizzard Inc | | | | | Buy | 8/19/11 | J | | |
| 43. Activisions Blizzard Inc | | | | | Buy (add'l) | 11/18/11 | J | | |
| 44. Altera Corp | | | | | | | | | |
| 45. Ameriprise | | | | | Buy | 1/21/11 | J | | |
| 46. Ameriprise | | | | | Buy (add'l) | 8/11/11 | J | | |
| 47. Amgen | | | | | Buy (add'l) | 2/17/11 | J | | |
| 48. Analog Devices Inc. | | | | | Buy | 1/31/11 | J | | |
| 49. Analog Devices Inc. | | | | | Buy (add'l) | 2/17/11 | J | | |
| 50. Analog Devices Inc. | | | | | Sold (part) | 7/21/11 | J | | |
| 51. Apple Inc | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | BMC Software Inc. | | | | | Sold | 1/31/11 | K | D | |
| 53. | Capital One Financial | | | | | | | | | |
| 54. | Cardinal Health Inc | | | | | | | | | |
| 55. | Centurylink Inc. | | | | | Spinoff (from line 101) | 4/1/11 | | | |
| 56. | Centurylink Inc. | | | | | Sold (part) | 7/21/11 | J | D | |
| 57. | Cliffs National Resources | | | | | Buy | 6/16/11 | J | | |
| 58. | Cliffs National Resources | | | | | Buy (add'l) | 7/11/11 | | | |
| 59. | Cliffs National Resources | | | | | Sold (part) | 9/9/11 | J | | |
| 60. | Computer Science | | | | | Sold | 6/16/11 | J | B | |
| 61. | Conagra Food | | | | | | | | | |
| 62. | Dell Inc. | | | | | Buy | 3/4/11 | K | | |
| 63. | Dish Network Corp. | | | | | Buy | 7/21/11 | J | | |
| 64. | Dish Network Corp. | | | | | Buy (add'l) | 8/5/11 | J | | |
| 65. | Dish Network Corp. | | | | | Buy (add'l) | 8/11/11 | J | | |
| 66. | Exelis Inc. | | | | | Spinoff (from line 74) | 11/4/11 | | | |
| 67. | Exlem Inc. | | | | | Spinoff (from line 74) | 11/4/11 | | | |
| 68. | Exxon Mobil Corp | | | | | Sold (part) | 1/31/11 | K | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Exxon Mobil Corp | | | | | Sold (part) | 2/17/11 | K | E | |
| 70. Fluor Corp | | | | | Buy | 5/16/11 | K | | |
| 71. Fluor Corp. | | | | | Sold (part) | 10/25/11 | J | | |
| 72. Freeport-Mcmran | | | | | | | | | |
| 73. Hershey | | | | | | | | | |
| 74. ITT Industries | | | | | | | | | |
| 75. IBM | | | | | Sold (part) | 8/19/11 | K | D | |
| 76. International Paper Co | | | | | Sold (part) | 2/4/11 | J | C | |
| 77. International Paper Co | | | | | Buy (add'l) | 10/7/11 | J | | |
| 78. Kroger | | | | | Buy (add'l) | 3/3/11 | J | | |
| 79. Kroger | | | | | Buy (add'l) | 3/31/11 | J | | |
| 80. Limited Brands | | | | | Sold (part) | 10/7/11 | J | B | |
| 81. Lorillard | | | | | Buy | 10/25/11 | J | | |
| 82. Lowes | | | | | Sold (part) | 7/21/11 | J | A | |
| 83. Lowes | | | | | Sold (part) | 8/11/11 | J | | |
| 84. Lyondellbasell Industrie | | | | | Buy | 8/18/11 | J | | |
| 85. Lyondellbasell Industrie | | | | | Buy (add'l) | 9/9/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Marathon Oil | | | | | Sold (part) | 7/11/11 | J | C | |
| 87. Marathon Oil | | | | | Buy (add'l) | 8/18/11 | J | | |
| 88. Marathon Oil | | | | | Buy (add'l) | 9/1/11 | J | | |
| 89. McDonalds Corp | | | | | | | | | |
| 90. Microsoft | | | | | Sold (part) | 11/17/11 | J | A | |
| 91. Motorola (spin-off into lines 92 & 94) | | | | | Redeemed | 1/4/11 | | | |
| 92. Motorola Mobility | | | | | Spinoff (from line 91) | 1/4/11 | | | |
| 93. Motorola Mobility | | | | | Sold | 1/18/11 | J | D | |
| 94. Motorola Solutions | | | | | Spinoff (from line 91) | 1/4/11 | | | |
| 95. Motorola Solutions | | | | | Buy (add'l) | 2/4/11 | J | | |
| 96. Motorola Solutions | | | | | Sold (part) | 10/13/11 | J | B | |
| 97. Murphy Oil | | | | | Buy | 3/31/11 | J | | |
| 98. NRG Energy Inc | | | | | | | | | |
| 99. Phillip Morris | | | | | Buy | 10/25/11 | J | | |
| 100. Prudential | | | | | Buy (add'l) | 8/11/11 | J | | |
| 101. Qwest Comm (spin off into line 55) | | | | | Redeemed | 4/1/11 | | | |
| 102. Sara Lee | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Sprint Nextel Corp. | | | | | Buy | 7/21/11 | J | | |
| 104. Target | | | | | Sold (part) | 7/21/11 | J | | |
| 105. Target | | | | | Sold (part) | 8/4/11 | J | | |
| 106. Travelers Co | | | | | | | | | |
| 107. United Technologies | | | | | Sold (part) | 2/17/11 | K | E | |
| 108. United Technologies | | | | | Sold (part) | 3/4/11 | K | E | |
| 109. United Technologies | | | | | Sold (part) | 5/13/11 | K | E | |
| 110. Unitedhealth Group | | | | | | | | | |
| 111. WSTN Digital | | | | | Buy (add'l) | 2/17/11 | J | | |
| 112. Wal Mart | | | | | Sold (part) | 3/3/11 | J | A | |
| 113. Yum Brands | | | | | Sold | 8/11/11 | K | D | |
| 114. CMA Money Fund (a) | | | | | | | | | |
| 115. | | | | | | | | | |
| 116. Trust #2 (lines 116 -141) (b) | G | Distribution | P1 | T | | | | | |
| 117. USTN 1.875% due 7/15/19 | | | | | | | | | |
| 118. Apple Inc | | | | | | | | | |
| 119. Comtech Telecomm | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Garmin | | | | | Sold | 2/10/11 | M | F | |
| 121. General Dynamics | | | | | Sold | 4/20/11 | L | E | |
| 122. Gilead Science | | | | | | | | | |
| 123. Impax Laboratories | | | | | Buy | 2/10/11 | M | | |
| 124. Impax Laboratories | | | | | Sold | 12/28/11 | M | | |
| 125. Medco Health Solutions | | | | | | | | | |
| 126. Microsoft | | | | | | | | | |
| 127. North Colorado Springs Land & Improvemnet Co. | | | | | | | | | |
| 128. Oshkosh Corp | | | | | Buy | 2/10/11 | M | | |
| 129. Oshkosh Corp | | | | | Sold | 11/9/11 | L | | |
| 130. Power-One Inc | | | | | Sold | 11/9/11 | L | | |
| 131. Sandisk | | | | | | | | | |
| 132. Western Digital | | | | | Sold | 9/28/11 | M | | |
| 133. Fiduciary Trust Int'l Money Market (a) | | | | | | | | | |
| 134. Silvercrest Global Fund (formerly MW Global Partners) | | | | | | | | | |
| 135. Pershing Sq | | | | | | | | | |
| 136. Australian Gov't 5.75% due 06/15/2011 | | | | | Redeemed | 6/15/11 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,000 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Canadian Gov't 2.0% due 09/01/12 | | | | | | | | | |
| 138. Norweign Gov't 6.0% due 05/16/2011 | | | | | Redeemed | 5/16/11 | M | | |
| 139. Norweign Gov'6 6.5% due 05/15/13 | | | | | Buy | 4/19/11 | L | | |
| 140. European Bank Recon & Dvlp 9.25% due 09/10/2012 | | | | | | | | | |
| 141. JPM Chase Bank-NOK London Time Deposits (d) | | | | | | | | | |
| 142. | | | | | | | | | |
| 143. Trust #3 (lines 143 - 167) (b) | None | | P1 | T | | | | | |
| 144. Fiduciary Trust Int'l Money Market (a) | | | | | | | | | |
| 145. Berkshire Hathaway | | | | | | | | | |
| 146. Cephalon (cash merger) | | | | | Sold | 10/17/11 | M | E | |
| 147. Dell Inc. | | | | | Buy | 4/20/11 | L | | |
| 148. Forest Labs | | | | | Sold | 2/10/11 | L | D | |
| 149. Forest Labs | | | | | Buy | 8/12/11 | M | | |
| 150. Forest Labs | | | | | Sold (part) | 12/22/11 | K | | |
| 151. GT Solar Int'l | | | | | Buy | 2/10/11 | M | | |
| 152. GT Advanced Technology (exch'd for GT Solar Int'l | | | | | | 8/10/11 | | | |
| 153. GT Advanced Technology | | | | | Sold (part) | 12/28/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Intel Corp. | | | | | Buy | 3/21/11 | M | | |
| 155. Power-One Inc. | | | | | Buy | 4/20/11 | L | | |
| 156. Power-One Inc. | | | | | Sold (part) | 12/28/11 | J | | |
| 157. Marvell Technology Group | | | | | Buy | 5/18/11 | M | | |
| 158. SPDR Gold Trust | | | | | | | | | |
| 159. Estes - Sheridan LP | | | | | | | | | |
| 160. NP Strathan LLC | | | | | | | | | |
| 161. NP Dover LLC | | | | | | | | | |
| 162. NP Nashua LLC | | | | | | | | | |
| 163. NP Fairhaven LLC | | | | | | | | | |
| 164. NP Hanson LLC | | | | | | | | | |
| 165. NP Portfolio Account LLC | | | | | | | | | |
| 166. NPS2 LLC | | | | | | | | | |
| 167. Execwest LLC | | | | | | | | | |
| 168. | | | | | | | | | |
| 169. Citibank money market account | A | Interest | J | T | | | | | |
| 170. Citibank checking account | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  JPMorgan Chase checking account | | None | J | T | | | | | |
| 172. | | | | | | | | | |
| 173. | | | | | | | | | |
| 174. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/15/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Investements and Trusts

(a) = This is a money market type fund with shares remaining at a constant value of $1.00. Purchases and sales, with no gain or loss, were made throughout the year.

(b) = Income beneficiary only.

(c) = Shares deemed worthless by broker/dealer on 8/31/11 and removed from portfolio listing.

(d) = A one month JPMorgan Chase Bank - NOK London Time Deposit was purchased 5/23/11 with Value Code M. Upon its maturity the principal and interest was rolled over into the same product and continuously done so upon the maturity of each subsequent monthly time deposit. At 12/31/11, a time deposit due 1/30/12 was held with a Value Code of M.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert W. Sweet**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544